**CRIMINAL DOCKET, U.S. District Court**

PO 0975 1 7509
7509

MAGUIRE, CHRISTOPHER   07 24 85 01631   03

3

## I. CHARGES

| Title & Section | Offense Charged | |
|---|---|---|
| 18:371 | Conspiracy to defraud by submission of false leases to obtain rent-plus housing allowances  Ct IV | 1  X  X |
| 18:1001 | False statement in housing lease  Ct V | 1 |

## II. KEY DATES

INTERVAL ONE — KEY DATE: 07-24-85 (APPLICABLE)
x Indictment filed/unsealed
END ONE AND/OR BEGIN TWO — KEY DATE: 08-30-85
x 1st appears on pending charge, R40
KEY DATE: 11-04-85   x Plea Guilty   x Was NG

1st appearance with or waives counsel: 08-30-85
ARRAIGNMENT: 08-30-85

DISPOSITION DATE: 11-04-85
SENTENCE DATE: 12-16-85

III. MAGISTRATE

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

(01) Aliffi, (02) Hoover

ATTORNEYS

DANIEL A. BENT
by Eric L. Wilson, Ass't U.S. Atty

x

RICHARD HOKE
333 Queen St. #1000
Honolulu, Hawaii  96813
ph: 531-5927

JAN 5 1986

| DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 85 | 01631 | 03 | ☐ MASTER DOCKET MULTIPLE DEFENDANT CASE  PAGE 1 OF<br>☒ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | VI. EXCLUDABLE DELAY | |

### V. PROCEEDINGS

**1985**
**Jul 24**   1   **EP:** INDICTMENT - PS ordered & issued, retn 8-5-85 at 9:00 am (T)
                         (vivian Tupou)   TOKAIRIN

  26         2   Return on PS - via USM, Certified Mail - 7-26-85 - RRR

**Aug 5**        **EP:** A&P - Defts not present. David Hoover is currently stationed
                     in Alaska and Christopher Maguire is in North Carolina.
                     Gov't requests the Penal Summons be re-issued in this matter.
                             (Vicky Wilson/Knipes)   TOKAIRIN
                 **EO:** PS re-issued; retn 8-30-85 at 2:00 pm (T)

  7          3   Return on PS - via USM, Certified Mail - 8-7-85 - RRR

  30             **EP:** A&P - Arrn waived. Plea of NOT GUILTY entered:
                     PT: 10-21-85 at 2:00 (G)
                     JS: 11-04-85 at 9:30 (G)
                     JT: 11-05-85 at 9:00 (F)
                     Deft's motions due: 9-20-85; Govt's response due: 10-4-85.
                     Bail: $5,000.00 signature bond, usual conditions.
                                         (DO)   TOKAIRIN

             4   Order Specifying Methods and Conditions of Release -
                     $5,000 signature bond           TOKAIRIN

             5   Appearance Bond
                     USCGC JARVIS
                     FPO San Francisco, CA   96669-3912
                     Ph: 848-6261                   TOKAIRIN

  *21        6   APPOINTMENT - HOKE - V# 978314 - mailed AO 12-20-85 $210 (F)

**Sep 19**   7   Financial Affidavit

  24         8   Request for Discovery

**Oct 21**       **EO:** Pt Cont'd to 10-25-85 @2:00 p.m. Before Magis. Tokairin     10-25-85   H   1
                                         Tokairin                                    10-25-85

  25             **EP:** PT - PT Form pursuant to Local Rule 325 used. Trial to last
                     1 to 2 days. Govt to retain all notes. E. Wilson to prepare
                     PT order.                      (TC) TOKAIRIN

**Nov 4**        **EP:** M/Withdrawal of Not Guilty Pleas and to Plea Anew: GRANTED.
             9   "Memorandum of Plea Agreement" filed as to each of defts
                     (01 and 03). Questioned. Advised of rights. Questioned.
                     Sworn. Further questioned. Pleas of GUILTY entered to CT V.
                     Referred for Presentence Investigation & Report and
                     SENTENCING set for 12-16-85 @ 1:30 p.m. (F) Bond contd.
                     Plea agreements accepted.     (TC) FONG

**Dec 16**       **EP:** Sent on Ct V - deft 20 yrs of age - ISS & deft placed on
                     probation for 3 yrs purs. 18:5010(a) w/usual conditions &
                     w/special conditions: 1) make full & complete restitution;
                     2) pay fine of $500.00 in such amts & at such times as
                     determined by prob dept - M/D Ct IV GRANTED
                                 (SANDRA MAUNEZ)                FONG
            10   Judgment & Commitment                          FONG

**1988**
**Nov 17**  11   Prob 25 - Order of Discharge from Probation    FONG
  21        12   Prob 26 - Certificate of Vacation of Conviction   FONG